**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Docket No.: 0090 1:24CR00103-001** |
|  | ) |  |
| v. | ) |  |
|  | ) | **SENTENCING MEMORANDUM** |
|  | ) |  |
| David Brian Howard | ) | **Next Event; Sentencing August 2, 2024** |
|  | ) |  |
|  | ) | **Hon. Judge Amit P. Mehta** |
| Defendant. | ) |  |
|  | ) |  |

Defendant David Howard, by and through counsel, respectfully submits this

memorandum in support of a sentence of probation.

### I.    HISTORY AND CHARACTERISTICS OF DEFENDANT

Defendant David Howard was born on May 11, 1977, in Rome, New York to the union

of Jon Howard, deceased, and Hye Kyong Moorehouse, (nee: Kang) age 76. Reportedly, the

defendant's father was enlisted in the United Stated Air Force and had retired at the time of his

passing in 2011. The defendant's father struggled with Post Traumatic Stress Disorder (PTSD)

and his cause of death was suicide. The defendant's mother currently resides in Austin, Texas

and is a retired seamstress. PSR ¶41.

The defendant's parents divorced in 1988 and the defendant's mother later remarried.

The defendant's stepfather, Jay Moorehead, now deceased, was employed with Motorola prior to

his passing in 1994. His cause was death was suicide. Mr. Howard shared that he did not have a

close relationship with his stepfather. Defendant Howard has two sisters - Jennifer Rogers, age

48, who resides in Austin, Texas and is employed as a nurse; and Jessica Howard, age 45. Mr.

Howard reported that he has not been in contact with his sister, Jessica, since their father's passing in 2011; therefore, he does not know where she resides or her occupation. PSR ¶42-43.

The defendant reported that his parents divorced when he was 11 years old. He stated, "after the divorce, our family was not close. We were raised in a Korean culture. I was told to get a job when I turned 18 and no one ever taught us to be close." He indicated he was provided with all material necessities during his formative years. He did not report alcohol or drug abuse in the family and denied instances of physical abuse or neglect. He noted he has regular contact with his mother. PSR ¶44.

Mr. Howard married Leslie Howard (nee: Rodriguez) age 40 in Miami, Florida in 2011. Ms. Howard is a homemaker and the primary childcare provider. Two children were born to this union, Brendan Howard, age 6; and Gianna Howard, age 2. Mr. Howard's wife has been extremely supportive of him. His family is very close knit, and he shares a positive relationship with both of his children, as well as their extended family. Mr. Howard was raised in a military family and frequently moved during his childhood. Throughout his lifetime, he has lived in Germany, Korea, Oklahoma, Texas, California, and Florida. Mr. Howard currently resides with his wife and two children at 8507 Bronzegate Trail, Frisco, Texas, 75034. PSR ¶45-47.

Mr. Howard is skilled in coding, marketing, mentoring and entrepreneurship. Additionally, he had a Real Estate Brokers License in Florida but is not sure if it is still active. Mr. Howard is self-employed with Cadre Crew Corporation as the owner/operator and with Flat Rate Copiers as the owner. Flat Rate Copiers was established in 2013. Mr. Howard works from home but has company locations in Florida and New York. The company leases copiers and provides copier maintenance to businesses. Cadre Crew Corporation was established in 2023. The company provides virtual assistance services.

Mr. Howard is a caring and generous person who cares deeply, not only for, his close friends and family but also for the people in his community, generally. Mr. Howard intrinsic nature is to help people and be a contributing part of society. He considers himself a student of history and has always tried to do his best to be an informed citizen when it comes to civics and politics.  He has never sought to harm anyone or inflict any pain of any kind onto others, even those who may have hurt or wronged him in his life.  Throughout his life, he has never been motivated by evil or by malice. He is a man who has always tried to do the right things and conduct himself as god-fearing individual who has tried his best to abide by the laws of this nation, with a deep respect and kindness for law enforcement and his fellow citizens.  He is a family man with his only priorities being the health and welfare of his wife and children.

Mr. Howard believes in United States Constitution and cherishes the democracy afforded to him under the constitution. Mr. Howard is a peaceful, caring man who has never committed any violence in his life, nor has he encouraged violence by others. He does not belong to any terrorist, fringe or violent groups, or any groups whatsoever. He also has no social media and has never been active on any social media.  Mr. Howard did vote for Donald Trump twice, but he is not a Trump fanatic, or a political fanatic. He simply believed in 2016 and 2020 that the former president was a better choice with regard to the issues he felt were important to him and his family.  He was not and has never been a fierce consumer of cable news or much television news.

However, in the years prior to the 2020 election, if he did watch the news it would mostly be on fox news or local media - which in most instances were subsidiaries of right wing media. He was unfortunately misguided by right wing media accounts and cable news or right-wing media, as many have been and continue to be, in that he started to think that maybe the 2020

election was indeed stolen. Mr. Howard has since regretted succumbing to these influences and is horrified by their ongoing influence and affect. He is/was simply a small-town man who between the years of 2014 and 2020 followed the media and news which much of his small community seemed to follow – Fox News. Mr. Howard bought the lies sold to him and millions of others for many years and especially in the wake of the 2020 election. Now, again, Mr. Howard is horrified by their ongoing misinformation, influence and affect and veers away from any of that. He focuses his time and energy on his work and family, especially his young children.

Mr. Howard had no intention, ever, of engaging in the actions which led to his arrest. He came to Washington, DC, from Dallas (via Miami), on January 6th alone because he was led to believe – from his local media and large swaths of the community around him at home-that his vote for Mr. Trump in 2020 had been stolen; that the election had been stolen; that his country and this democracy was being stolen by and illegitimate President. Mr. Howard came to Washington, DC not to engage in any activity himself, especially not any type of violent or insidious activity.  He came to DC, for what he thought, would be a presentation of the evidence that President Trump promised would be on display and to take part in, what he thought would be, peaceful protest and rally at Ellipse.

It was only after the crowd or, by that time, the mob had been charged and activated by extremely powerful and prominent individuals, including the former President, did Mr. Howard find himself headed towards and onto the Capitol grounds. Mr. Howard's prevailing personal purpose at this time was mostly to observe and record (somewhat out of a sense of duty as he knew these events would have greater ramifications in society and in history).  Mr. Howard did enter the Capitol but did so through doors that were open with no impediments, and some with

4

police officers idling without comment as he walked by. However, Mr. Howard never partook in violence or destruction of property, or hardly any activity besides walking around for 8-10 minutes and then leaving.

Immediately upon leaving the Capitol, seeing the tear gas and realizing the extent of the riot, Mr. Howard, immediately felt shocked and embarrassed at the behavior he had just witnessed.  Mr. Howard was shocked and embarrassed because this behavior, which he is still struggling to come to terms with, did not reflect his fundamental morals and characteristics in any manner or shape whatsoever and he felt embarrassed that he would be seen as someone that condones such things.

Mr. Howard, nonetheless, has never rejected the fact that regardless of the influence behind his behavior, he still had agency to choose to take these actions; engage in such behavior. He has fully accepted responsibility for his actions and understands that there must be punishment.  However, what he still struggles with, and is embarrassed by, is the fact that he was foolish enough to believe the lies and misinformation that brought him to DC on January 6th and consequently led him to the Capitol.

Mr. Howard is not alone in that feeling as he is one of several million people across the world who have fallen prey to and victim to the lies and misinformation that led to January 6th. Lies and misinformation have been used throughout history by many prominent and powerful individuals to manipulate others to achieve certain goals. In the United States, it seems that a new era with these tactics at its core, took flight in 2016, with really no end in sight and a second wave seemingly on the horizon.  Americans ranging from the highest levels of success, power, wealth, education, and intelligence have fallen for these lies and misinformation and continue to

do so at an alarming rate. Mr. Howard is not unique in believing such things, however it is his actions that should be judged and not his beliefs, as our constitution holds.

## II.    OFFENSE CONDUCT

On January 4, 2021, David Brian Howard flew from Dallas to Miami. On January 5, 2021, he flew from Miami to Washington, D.C. While in Washington, D.C., he stayed at the Homewood Suites by Hilton at 50 M St. SE Washington, D.C. 20003, which is approximately 1.1 miles from the U.S. Capitol. Mr. Howard planned on attending the protests in Washington, D.C. and knew about Congress' role in certifying the 2020 presidential election on January 6, 2021. Specifically, he saved a screenshot of a social media post describing several planned events on January 6. The post stated, among other things, "We the People must take to the US Capitol lawn and steps and tell Congress #DoNotCertify on #JAN6! Congress cannot certify this fraudulent Electoral College."  On January 6, 2021, defendant Howard attended the former President's "Stop the Steal" rally at the Ellipse, where he recorded video of the former President's speech. After attending the rally, Defendant Howard proceeded to walk to the US Capitol. Around 2:37 PM, CCTV surveillance footage captured Mr. Howard within restricted grounds on the Upper West Terrace of the US Capitol near the Senate Wing Doors. Around the same time, open-source video showed him near the same location on the Upper West Terrace of the US Capitol. Moments earlier, tear gas was deployed outside the Senate Wing Doors and in defendant Howard's vicinity. PSR ¶16-19.

About twenty minutes later, at 3:01 PM, CCTV surveillance footage showed defendant Howard entering the Capitol building through the Senate Wing Doors. By that time, the windows surrounding the Senate Wing Doors had been smashed and an alarm was audibly sounding. At one point, defendant Howard approached a line of USCP officers in riot gear guarding the north

end of the corridor before turning around. A few minutes later, at 3:05 PM, he exited the Capitol through the Senate Wing Doors, the same doors through which he entered. Two minutes later, at 3:07 PM, he entered the Capitol a second time through the Senate Wing Doors. At this time, USCP officers in riot gear were still guarding the north end of the corridor.  Defendant Howard proceeded to walk south down the corridor, further into the Capitol building and towards the Crypt. Both open-source video and CCTV surveillance footage depicted him entering the Crypt of the Capitol at approximately 3:08 PM. For approximately the next minute, Mr. Howard wandered around the Crypt and, at one point, approached several police officers. He then turned around and headed back towards the door through which he entered, exiting the Crypt at 3:09 PM. 23. At 3:12 PM, Mr. Howard reappeared near the Senate Wing Doors. Around the same time, open-source video showed him briefly lowering his mask to talk to another rioter while an alarm can be heard sounding. Defendant Howard exited the Capitol building about one minute later. Altogether, he was inside the U.S. Capitol for approximately ten minutes. Defendant Howard departed from Washington, D.C. on January 7, 2021. PSR ¶20-23.

### III.    GUIDELINES CALCULATION

The offenses Mr. Howard was charged with and have pleaded guilty are considered Class B Misdemeanors and do not fall within any sentencing guidelines/are outside of the guidelines. Pursuant to USSG §1B1.9, the US Sentencing Guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or an infraction. Accordingly, the US Sentencing Guidelines do not apply to Count Three or Count Four in this case.  PSR ¶126.

In Defendant's Presentence Report, the Probation Office determined Pursuant to USSG §1B1.9, the sentencing guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or an infraction. PSR ¶30.

## IV. MR. HOWARD'S SENTENCE

In light of the Supreme Court's decision in <u>United States v. Booker</u>, 543 U.S. 220 (2005) and its progeny such as <u>Rita v. United States</u>, 551 U.S. 338 (2007), <u>Gall v. United States</u>, 552 U.S. 38 (2007), and <u>Kimbrough v. United States</u>, 552 U.S. 85 (2007), the basic framework for sentencing now settled. First, the Court must determine the now-advisory Sentencing Guidelines range. <u>Gall v. United States</u>, 552 U.S. at 46 (which in this case there are none as the offenses charged with and pleaded to are Class B misdemeanors that do not fall within the guidelines). Second, the Court must undertake its overarching statutory charge to impose a sentence that, considering "the nature and circumstances of the offense and the history and characteristics of the defendant," is "sufficient, but not greater than necessary":

> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (B) to afford adequate deterrence to criminal conduct;
>
> (C) to protect the public from further crimes of the Defendant and
>
> (D) to provide the Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. §§ 3553 (a), 3553 (a)(1), (2).

Third, the Court should also consider "the kinds of sentences available . . . any pertinent Sentencing Commission policy statement the need to avoid unwarranted sentence disparities among similarly situated defendants . . . and, where applicable, the need to provide restitution to any victims of the offense." <u>United States v. Cavera</u>, 550 F.3d 180, 188-89 (2d Cir. 2008), <u>cert.</u>

denied, 556 U.S. 1268 (2009) (citations omitted); 18 U.S.C § 3553(a)(6). United States v. Davila-Gonzalez, 595 F.3d 42, 46 (1st Cir. 2010).

The Court's overall goal should be to impose a reasonable sentence, see, e.g., United States v. Guzman, 287 Fed. Appx. 956, 957 (2d Cir 2008), and when considering the sentencing factors outlined in § 3553(a), "the judge is not prohibited from including in that consideration the judge's own sense of what is a fair and just sentence under all the circumstances." United States v. Jones, 460 F.3d 191, 195 (2d Cir. 2006).

Finally, the United States Supreme Court has noted "[i]t has been uniform and constant the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." Koon v. United States, 518 U.S. 81, 113 (1996).

### a. Acceptance of Responsibility for the Crimes

Mr. Howard has fully accepted responsibility for his crimes, and he shows sincere remorse. He did not resist his arrest or any part of the criminal process. He has at every instance cooperated fully with law enforcement/FBI, prosecutors' requests and court/pre-trial orders. He fully admitted that what he did was wrong, and he is fully accountable for his charged conduct. An examination of the PSR shows that he realized that his actions were wrong, and his remorse is significant and authentic. Mr. Howard has made it clear that he wants to do anything he can to redress his wrongdoing. Mr. Howard has voiced his desire to actively engage in groups and roles as soon as he can to educate others about his experience in order to prevent another January 6th, and from others making the same foolish mistakes he has made; prevent others from believing the lies and misinformation of others for nefarious purposes.

**b. Need for Deterrence**.

The need for deterrence and the need to protect the public from future crimes, 18 U.S.C. § 3553(a)(2)(B)(c), applies strongly in this particular case.

General or indirect deterrence focuses on the general prevention of crime by making examples of specific deviants. The individual actor is not the focus of the attempt at behavioral change, but rather receives punishment in public view in order to deter other individuals from deviance in the future. While incarceration increases the deterrent effect of a sentence on others, "interest in general deterrence could [not] only be served by incarceration."  United States v. Prosperi, 686 F.3d 32, 48 (1st Cir. 2012).

First, the fact that Mr. Howard, is non-violent offender with no criminal history whatsoever (he was charged with minor traffic or administrative offense in his youth, but all were dismissed and for the most part with even adjudication) will have a federal conviction on his record, for life, which will affect his life in extremely significant manners (the ability to get a job, a loan, travel freely, etc.) serves as a powerful deterrence for the Defendant and sends a clear message to society that such behavior will not be tolerated by law enforcement and courts.

Second, Mr. Howard as a is non-violent offender with no criminal history whatsoever, and it is extremely unlikely that he will ever commit any further crimes given his current experience with this matter – a federal conviction on his record for life, his role as a father, husband, and business owner and his clear desire to avoid troublesome situations. As an offender no criminal history, with a significant role in his family, and full acceptance of responsibility, there is nothing to suggest that Mr. Howard poses any threat or risk of committing another criminal offense.

This sentencing memorandum will include (at the end as exhibits) character letters submitted on behalf of Mr. Howard, along with a letter to the court from Mr. Howard himself. These letters conclusively demonstrate the aberrant nature of his conduct that landed him before this Court; they discuss not only his genuine remorse but also the unlikelihood of committing future crimes.

Third, the apology letter written by Mr. Howard to the court, to law enforcement and to the people of the country demonstrates Mr. Howard's deep remorse and also his desire to never engage in any offensive conduct again, let alone criminal conduct.

Overall, given the circumstances of this matter, the goals of general and specific deterrence have already been accomplished in this matter without unnecessary incarceration.

### c. Personal Characteristics of Defendant

Mr. Howard has very strong family ties. His family, relatives, and friends fully supported him immediately after his arrest. He is a proud husband of a wife, and father to two young children, who desperately need his financial and emotional support and guidance. See, e.g., United States v. Chambers, 885 F. Supp 12, 15 (D.D.C 1995) ("family circumstances do not decrease the Defendant's culpability for her crime, they nevertheless play a role in the Court's consideration on sentencing. Causing the needless suffering of young, innocent children does not promote the ends of justice.").

The attached letters from Mr. Howard's family members and friends indicate their unconditional support during this ordeal. In those letters, Mr. Howard is characterized as a good husband, a good employee and a good man in general who does not reflect the actions which brought him in front of this court in any manner shape or form.  The letters make it increasingly

clear that David Howard is a good, peaceful, god-fearing, law-abiding citizen who would never hurt others or intentionally take part in offensive or criminal conduct.

Mr. Howard and his wife have two children together.  Mr. Howard's wife and children depend and rely on Mr. Howard physically, emotionally, and financially and vice versa.  It is critical to note that the presence of Mr. Howard is crucial for Mrs. Howard's, and his children's, mental and emotional well-being. As such, Mr. Howard's return to his wife and children is crucial for the family's mental, emotional, and financial well-being.

The nature of the offense, Mr. Howard's personal characteristics, his immediate responsibility for actions and offenses, clear remorse, limited criminal history, and family circumstances strongly favor the imposition of a probationary sentence. Please keep in mind that Mr. Howard's sentence would affect not only his life but also the lives of his vulnerable wife and children, who desperately need his assistance, guidance, and love.

Mr. Howard's life has been rocked by his actions and their consequences.  He has been arrested, charged and convicted for actions and behavior that he, himself, was shocked and embarrassed by – actions and behavior which he still has difficulty comprehending as to how he allowed himself to engage in. Mr. Howard has realized and admitted his mistakes from the moment he left the Capitol on January 6, 2020.  He has learned his lessons (and continues to learn and educate himself), and the sentence of only probation would help him to build an honest and decent life with his wife and child.

Mr. Howard asks this court for mercy and to allow him to begin to find a way to become a resource in society that will work to prevent others from committing the same mistake by informing and educating others about misinformation, and how to seperate truth from lies and deception used by powerful individuals, targeted towards common people, to do their bidding.

Mr. Howard also wants to work with others to ensure that his fellow citizens understand the American democracy and how to properly voice disagreements, fear, anger, anxiety.  Mr. Howard would like to actively be involved in roles where he can help ensure that another January 6th never happens again.

## CONCLUSION

For all these reasons, Mr. Howard respectfully requests that the Court impose a sentence of probation. This sentence would be sufficient but not greater than necessary to achieve the goals and dictates of 18 U.S.C. § 3553. It is also the official recommendation of the US Probation Office and the US Probation Officer(s) – Erin McCourt and Kelli Willett- who filed the official Presentence Report (PSR) that Mr. Howard be sentenced to a term of probation – in fact the office suggested that perhaps even a sentence of only fines and community service may be appropriate. We concur.

In support of this sentencing memorandum and the sentence sought within it, 5 exhibits (labeled Exhibit 1-7) have been attached/filed with this memorandum.  These exhibits are character letters written on behalf of Mr. Howard by family, friends and even employers.  The exhibits also include an apology letter written to the court by Mr. Howard himself.

Respectfully submitted,

/s/ Nabeel Kibria, Esq.

Dated: July 22, 2024
Cc:                                                    Nabeel Kibria
Clerk of the Court  (by ECF)                800 Connecticut Avenue, NW
All counsel of record (by ECF)             Suite 323
                                                       Telephone: 202.698.4439
                                                       Email: nabeel@ervinkibrialaw.com
                                                       Attorney for David Brian Howard

# EXHIBIT 1

**Apology Letter to the Court by Defendant David Howard**

Your Honor,

I am writing to you today to express my deep regret and remorse for my actions on January 6th. My name is David Howard, and I want to sincerely apologize for my involvement in entering the Capitol building. I was misled and believed I was witnessing a historical event based on the guidance of the former president. I did knowingly enter the Capitol, but I am deeply regretful for that decision. I did not gain anything by entering the building, nor did I further any knowledge. I remained peaceful and to myself. I have cooperated with the FBI and US Probation officers and I hear they may have even mentioned this to the court.

I have never been in trouble with the law before (or since) this incident over 3 years ago. I don't even have any parking or traffic tickets on my record. I am an active volunteer at my church, Prestonwood Baptist Church, where I help with youth soccer programs and senior citizen prayer groups. Serving my community has always been a priority for me, and I have consistently dedicated my time to these efforts.

On that day, my intention was solely to witness what I believed to be a significant moment in history. However, my role quickly changed from witness to defendant. I was uncertain about the legality of my actions at the time. I was always within the presence and visibility of the police and did not personally witness the violent events that occurred on the other side of the Capitol building. What I saw was nothing like the chaos reported in the news on the opposite side. (still no excuse for me to be there)

I want to express my deep regret and remorse for my actions. I am not a victim in this situation, but I did subject my family to unnecessary anxiety, stress, and fear. I apologize to my family and to the court for my actions.
For the past three years, I have looked to God for guidance to shape my heart, ideas, and affiliations. Today, I am a happy father, husband, and son, and my life is very different from that day.

Despite the negativity and darkness of that day, I am grateful for the personal growth and positive changes that have come from this experience. I ask the court for leniency as I continue to support my family and the ten employees I manage in my business.

I hope to continue providing for my family and growing personally, spiritually, and professionally.

Thank you for your time and consideration of my words.

Sincerely,

David Howard

# **EXHIBIT 2**

**Letter in Support of Defendant**

Dear Judge,

I am writing to you today as the wife of David Howard, who is currently before you for consideration of sentencing for a misdemeanor offense. My name is Lisette Howard, and I have had the honor of being married to David for 16 wonderful years. Together, we have built a stable and loving home for our two beautiful children, Gianna, who is three, and Brendan, who is seven.

David is an exemplary husband and father. He is deeply involved in our children's lives, taking on family duties and co-parenting with me every single day. He is not only a tutor for Brendan, helping him with his hybrid school program one day a week, but also his coach. David's dedication to our family is unwavering and his presence in our lives is a constant source of support and love.

Throughout our marriage, David has always been a peaceful and caring individual. He has never had any legal issues, not even a traffic or parking ticket. He is a man of integrity, compassion, and strong moral values. Our household has faced significant anxiety due to our family histories. David's mother comes from South Korea and suffered immense losses during the Korean War, losing three sisters to starvation caused by the conflict. I am a first-generation Cuban American, and my family endured the hardships of fleeing Cuba in the 1980s, losing property and family members along the way. These experiences have shaped our perspectives and filled our home with a sense of anxiety, especially during these tumultuous times in history.

David's intentions were always rooted in witnessing and understanding significant historical events, influenced by what we believed were important messages from our former president. While his actions during that time were motivated by a desire to be a witness to history, the subsequent years have been incredibly challenging for our family..

I respectfully ask for your leniency in considering my husband's case. David is a good person, an amazing man, and a devoted husband and father. He is a God-fearing man who has always treated me with the utmost respect and love. His presence is essential to our family, and we need him with us to continue building our life together.

Thank you for your time and consideration.

Sincerely,

Lisette Howard



# <u>EXHIBIT 3</u>

**Letter in Support of Defendant**

Bobby P. Davis                                                                                      06/18/2024
2404 Britain CT
Carrollton, TX 75006

This is a letter of recommendation regarding David B. Howard's character!  I can personally attest to this
outstanding individual of our church (Prestonwood Baptist Church) and community (Plano, TX).   David is
from a family of veterans, and third generation patriot.  I am a former sergeant in the United States Army
with several accommodations for service and very much appreciate his love for this dear country!
 I also appreciate his attention to political matters and his attention to those whom he serves at our
church.
David has also served as the senior prayer group Pickleball coach and a volunteer youth soccer coach at
the PSO league.

 David has always demonstrated his patriotism and love of God & country that we all should hold dear in
our hearts without which we will fail as a Nation.  David's wife and children are integral to our church
and are very lovely faithful people.   He has successfully run his own business for several years and is an
upstanding member of society, this city, and country.  I ask for leniency from the court on his behalf!

Very warm regards,

## Bobby P. Davis

Bobby P. Davis
(903) 746-1911 (personal cell)
COO and President of Engineering
Summitview Exploration Company
Dallas, Texas



# **EXHIBIT 4**

**Letter in Support of Defendant**

To Whom it may Concern:

This letter is for a long time friend and former work associate, David Howard.
David and I used to work together in Austin TX as Real Estate Agents. We have traveled to Mexico City, Cuernavaca, Acapulco on vacation. I stayed with him in Miami area for a while when he lived there. I have known David since about 2004. (20 years)

David has always been nice, smart, funny, witty and honest. David's wife and kids are an example of the American dream and like David, his wife and kids are the sweetest people.

David's character is not in question for me and anyone else that really knows David. I have never even had anyone come forward in any way to say they had a problem with David, I can't even say that about myself.
 I visited David last in Dallas a year or so ago because his friend got us free tickets to a Dallas Mavericks game. David was nice and responsible enough to drive us all there and back. I have nothing but good to say about David Howard. He's a good friend, father, husband and American and no one will be able to prove different because a good man lives his whole life that way.

Sincerely,
Mike Dengerink
512-507-0726

# **EXHIBIT 5**

**Letter in Support of Defendant**

Dear Judge,

My name is Hye Kyong Morehouse, and I am the mother of David Howard. I am writing to you with a heavy heart to speak on behalf of my son, who is currently before you for consideration of sentencing.

David is a good boy and a great man. I have always been proud of him and his accomplishments. He is a loving husband, a devoted father, and a respectful son. Throughout his 47 years, he has never been in trouble with the law. He goes to church regularly and is deeply involved in his community.

If there was anything I could have done to prevent him from getting into trouble, I would have done it. As a mother, I wish I could take his place and bear the consequences for him.

David is a good son who helps me in my garden and even helped me write this letter.

I ask you, from the bottom of my heart, to consider leniency in your sentencing. Please do not restrict his freedoms or his ability to visit me or other family in Korea. David has always been a source of support for our family, and we need him with us.

Thank you for your time and consideration.

Sincerely,

Hye Kyong Morehouse
512-436-5748
404 Thistlewood Dr
Austin, TX 7845

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing along with 5 letters written on behalf

of Mr. Howard was filed on ECF on July 22, 2024.

Respectfully submitted,

_____
Nabeel Kibria, Esq.  #1022468
800 Connecticut Ave. NW. STE 323
Washington, DC  20006
(202) 689-4439
nabeel@ervinkibrialaw.com
*Attorney for David Howard*

19